# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICHARD RODRIGUEZ,<br><br>    Petitioner,<br><br>v.<br><br>NANCY BERRYHILL<br>(Acting Commissioner of Social Security),<br><br>    Respondent. | Case No. LA CV 17-00495-VBF-AGR<br><br>**ORDER**<br><br>Overruling the Defendant's Objections & Adopting Report & Recommendation:<br><br>Vacating Commissioner's Decision and Remanding for Further Proceedings<br><br>Directing Entry of Separate Judgment; Terminating and Closing Action (JS-6) |

    The Court has reviewed plaintiff-appellant Richard Rodriguez's complaint, CM/ECF Document ("Doc") 1; defendant-appellee Commissioner's answer (Doc 13); the Administrative Record (Doc 14); the Joint Stipulation (Doc 17); the Magistrate Judge's July 19, 2018 Report and Recommendation ("R&R") (Doc 19); defendant-appellee's timely objections to the R&R (Doc 21); plaintiff-appellant's timely response thereto; and the applicable law. As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in de novo review of the portions of the R&R to which defendant-appellee has specifically objected and finds no defect of law, fact, or logic in the R&R.

    The Court finds discussion of the Acting Commissioner's objections to be unnecessary on this record. "The Magistrates Act 'merely requires the district judge to make

a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made.'" It does not require a written explanation of the reasons for rejecting objections. *See MacKenzie v. Calif. AG*, 2016 WL 5339566, *1 (C.D. Cal. Sept. 21, 2016) (citation omitted). "This is particularly true where, as here, the objections are plainly unavailing." *Smith v. Calif. Jud. Council*, 2016 WL 6069179, *2 (C.D. Cal. Oct. 17, 2016). Accordingly, the Court will accept the Magistrate's factual findings and legal conclusions and implement her recommendation.

## ORDER

Defendant-appellee's objection **[Doc # 21] is OVERRULED.**

The July 19, 2019 Report and Recommendation ("R&R") **[Doc # 19] is ADOPTED.**

The decision of the Acting Commissioner of Social Security is **VACATED**.

This matter is remanded for proceedings consistent with the R&R.

Judgment consistent with this order will be entered separately as required by Fed. R. Civ. P. 58(a). *See Jayne v. Sherman*, 706 F.3d 994, 1009 (9th Cir. 2013).

**The case SHALL BE TERMINATED and closed (JS-6)**.

IT IS SO ORDERED.

Dated: August 6, 2018

*Valerie Baker Fairbank*
_____
Hon. Valerie Baker Fairbank
Senior United States District Judge