JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **RICHARD RODRIGUEZ,** | No. LA CV 17-00495-VBF-AGR |
| Plaintiff-Appellant, | **FINAL JUDGMENT** |
| v. | |
| NANCY BERRYHILL (Acting Commissioner of Social Security), | |
| Defendant-Appellee. | |

**IT IS ADJUDGED THAT** the decision of the Acting Commissioner of Social Security is **VACATED** and this matter is **REMANDED** to the Social Security Administration for proceedings consistent with the July 19, 2018 Report and Recommendation.

Dated: August 6, 2018

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge